# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1559
Lower Tribunal No. 23CJ002039XX

_____

J.R.M.-T.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
William D. Sites, Judge.

November 3, 2025

NARDELLA, J.

The Appellant, a juvenile, appeals the trial court's revocation of his probation. We affirm the trial court's decision revoking Appellant's probation because there was competent, substantial evidence to support the trial court's oral findings that Appellant willfully violated two substantial conditions of his probation. However, as the State concedes, despite Appellant's timely motion pursuant to Florida Rule of Juvenile Procedure 8.135(b)(2), the trial court failed to enter an order identifying the conditions

Appellant violated. *N.J.P. v. State*, 331 So. 3d 157, 160 (Fla. 4th DCA 2021); *Badgers v. State*, 267 So. 3d 512, 513 (Fla. 2d DCA 2019); *T.M. v. State*, 233 So. 3d 1275 (Fla. 3d DCA 2017); *Brinson v. State*, 866 So. 2d 1268, 1269 (Fla. 5th DCA 2004); *Brundage v. State*, 593 So. 2d 1227 (Fla. 1st DCA 1992). Therefore, we remand this case for the trial court to enter a written order of revocation of probation specifying the conditions Appellant violated.

AFFIRMED in part; REMANDED for Written Order of Revocation of Probation.

WOZNIAK and SMITH, JJ., concur.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED